IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL MAIELLO, JR., #49769-018**            **PETITIONER**

**V.**            **CIVIL ACTION NO. 3:14-CV-257-HTW-LRA**

**BONITA MOSLEY, WARDEN**            **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 12] of United States Magistrate Judge Linda Anderson, which recommends that this court dismiss petitioner Michael Maiello, Jr.'s lawsuit without prejudice because his claim is moot and for because he failed to maintain a current address with the Clerk of the Court. The petitioner has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The petition shall be dismissed, without prejudice.

**SO ORDERED, THIS THE 30TH DAY OF June, 2016.**

           **s/ HENRY T. WINGATE**
           **UNITED STATES DISTRICT JUDGE**